# EXHIBIT A

EXHIBIT A*

## Illinois Department of Corrections
## OFFENDER'S GRIEVANCE

| DATE: 9-2-15 | Offender: Brian Lewis | ID#: R60592 |
|---|---|---|
| Present Facility: Stateville - NRC | Facility where grievance issue occurred: Stateville - NRC | |

NATURE OF GRIEVANCE: [x] Staff Conduct

Brief Summary of Grievance:

    I have been in Stateville – NRC since 8-11-15 on K-wing 301 cell and not had any access to the laundry service or any cleaning supplies. I have asked multi C/O's. I have built up human feces in my toilet and the room smells of urine. I had the same jumpsuit since I came to this facility. There are ants, roaches and spiders also in this cell. I have report this to many staff and they did nothing.

Relief Requested:

    I am requesting laundry service and cleaning supplies ASAP.

[x] Emergency Grievance

| B.L. | R60592 | 9-2-15 |
|---|---|---|
| Offender's Signature | ID# | Date |

*Because of the poor quality of the copy of this Exhibit available to the Plaintiff and for the convenience of the Court, the parties and their attorneys, the Plaintiff's Attorney has prepared a typed version of this Exhibit but it has not yet been reviewed by Plaintiff.

(EXHIBIT A)

# ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

**Date:** 9-2-15
**Offender (Please Print):** Brian Laws
**ID#:** R60592
**Present Facility:** Stateville-NRC
**Facility where grievance issue occurred:** Stateville-NRC

**NATURE OF GRIEVANCE:**
- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [x] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Other (specify): _____
- [ ] Disciplinary Report: ___/___/___ Date of Report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:**
I have been in Stateville NRC since 8-11-15 on K-wing 301 cell and not had any access to the laundry service or any cleaning supplies. I have ask much c/os. I have built up human feces in my toilet and the room smell of urine. I had the same jump suit since I came to this facility. there are ants, Roaches and spiders also in this cell. I have report this to many staff and they did nothing.

**Relief Requested:** I am Requesting Laundry service and cleaning supplies asap.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____ R60592  9/2/15
Offender's Signature          ID#      Date
(Continue on reverse side if necessary)

## Counselor's Response (if applicable)

**Date Received:** ___/___/___
[ ] Send directly to Grievance Officer
[ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** _____

_____ _____ ___/___/___
Print Counselor's Name    Counselor's Signature   Date of Response

## EMERGENCY REVIEW

**Date Received:** ___/___/___
Is this determined to be of an emergency nature?
[ ] Yes; expedite emergency grievance
[ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____ ___/___/___
Chief Administrative Officer's Signature   Date

Distribution: Master File; Offender    Page 1    DOC 0046 (Rev. 3/2005)
Printed on Recycled Paper

# EXHIBIT B

EXHIBIT B*

Sept 14, 2015

Dear Warden Tarry Williams,

    My name is Brian Lewis #R60592 I have been on Kwing cell 301 for 1 month I have asked ___ staff member could I have cleaning supplies 3 gallery days are Saturday morning. All the c/os say the sayme thing "give me a second or next shift will take care of it." My cell 301 smell like urine the inside of my toilet is caked up with human feces. Wednesday nights are laundry day third shift do not collect laundry. C/o are telling inmates to wash clothes out on hand. But first shift come and give guys ticket for hanging up lines. Could you please help us get some cleaning supplies and cleaning supplies on Kwing.

                                            Thanks

*Because of the poor quality of the copy of this Exhibit available to the Plaintiff and for the convenience of the Court, the parties and their attorneys, the Plaintiff's Attorney has prepared a typed version of this Exhibit but it has not yet been reviewed by Plaintiff.

(EXHIBIT-B)

Sept, 14, 2015

Dear Warden Tarry Williams,

my name is Brian Lewis #R60512 I have been on Kwing cell 301 for 1 month. I have asked moti staff memeber could I have cleaning supplies 3 gallery days are saturday morning. All the C/o's say the sayme thing "Give me a second or next shift will take care of it". My cell 301 smell like urine the inside of my toliet is caked up with human feces. Wednesday nights are laundry day. Third shift do not collect laundry. C/o are telling inmates to wash clothes out on hand. But first shift come and give guys ticket for hanging up lines. Could you please help us get some cleaning supplies and cleaning supplies on Kwing

Thanks

# EXHIBIT C

EXHIBIT C*

9-21-15

To: Warden Williams,

 This is my second letter to you about the status of the emergency grievance that I sent you on 9-2-15. You had 72 days hour timeframe in which to respond to my grievance. It's been 19 days now I sent you a letter on 9-14-15 as well. I don't know to do by you not responding back. I'm gonna send a copy of my grievance to the Director if I don't here back from you.

Thanks.

\*Because of the poor quality of the copy of this Exhibit available to the Plaintiff and for the convenience of the Court, the parties and their attorneys, the Plaintiff's Attorney has prepared a typed version of this Exhibit but it has not yet been reviewed by Plaintiff.

(Exhibit C

9-21-15

TO: Warden Williams,

This is my Second letter to you about the Status of the Emergency grievance that I sent you on 9-2-15. You had a 72 days hour time frame in which to respond to my Grievance. It's been 19 days now I sent you a letter on 9-14-15 as well. I don't know to do by you not responding back. I'm gonna send a copy of my grievance to the Director if I don't here back from you

Thanks

# EXHIBIT D

EXHIBIT D*

9-23-15

To grievance officer Anna McBree

     I am sending you a copy of my grievance that I have handwritten copied so it says the exact same thing as the original grievance I sent of to Warden Williams on 9-2-15 and when he didn't respond in 72 hours on 9-14-15 and 9-21-15. I wrote him letters asking about the status of my grievance. I haven't heard anything back what do I do when the warden refuses to answer my grievance? I'm trying to exhaust my remedies. Can you please help me.

                               Thanks.

*Because of the poor quality of the copy of this Exhibit available to the Plaintiff and for the convenience of the Court, the parties and their attorneys, the Plaintiff's Attorney has prepared a typed version of this Exhibit but it has not yet been reviewed by Plaintiff.

(Exhibit D)

9-23-15

To Grievance officer Anna McKrec

I am sending you a copy of my Grievance that I have handwritten copied so it says the exact same thing as the original Grievance I sent it to warden williams on 9-2-15 and when he didn't respond in 72 hours on 9-14-15 and 9-21-15, I wrote him letters asking about the status of my grievance. I haven't heard anything back what do I do when the warden Refuses to Answer my grievance? I'm trying to exhaust my Remedies, can you please help me.

Thanks

# EXHIBIT E

EXHIBIT E*

9-30-15

To Medical Director

    I ate some chili for lunch and found a mouse in my food could I please be seen and checked out to make sure I haven't contracted some disease. Please see me because my stomach has been hurting all day.

    Thanks.

*Because of the poor quality of the copy of this Exhibit available to the Plaintiff and for the convenience of the Court, the parties and their attorneys, the Plaintiff's Attorney has prepared a typed version of this Exhibit but it has not yet been reviewed by Plaintiff.

(Exhibit E)

9-30-15

To Medical Director

I ate some chilli for lunch and found a mouse in my food. Could I please be seen and checked out to make sure I haven't contracted some disease. Please see me because my stomach has been hurting all day.

Thanks

# EXHIBIT F

EXHIBIT F*

10-6-15

To Medical Director

      This is my second letter to you about this situation that happened on 9-30-15 where I ate some food that had a dead mouse in it. I want to get checked out to make sure I haven't contracted some disease could you please help me

Thanks.

*Because of the poor quality of the copy of this Exhibit available to the Plaintiff and for the convenience of the Court, the parties and their attorneys, the Plaintiff's Attorney has prepared a typed version of this Exhibit but it has not yet been reviewed by Plaintiff.

(Exhibit F)

10-6-15

To Medical Director

This is my second letter to you about this situation that happened on 9-30-15 where I ate some food that had a dead mouse in it. I want to get checked out to make sure I haven't contracted some disease could you please help me

thanks