# EXHIBIT G

EXHIBIT G*

## Illinois Department of Corrections
## OFFENDER'S GRIEVANCE

| DATE: 9-30-15 | Offender: Brian Lewis | ID#: R60592 |
|---|---|---|
| Present Facility: NRC | Facility where grievance issue occurred: NRC | |

NATURE OF GRIEVANCE: [x] Staff Conduct   [x] Dietary

Brief Summary of Grievance:

On above date, _____ around 10:30 or 11 am. I was housed on K-wing, Cell C-301. c/o Dethrow was passing out lunch trays. I jump out of my bed (top bunk) and wash out my mouth with some water. I grab my lunch tray. I ate a spoonful before I _____ my tray. I noticed something on my tray which was a mouse. I yell for c/o Dethrow. She come, I showed her the mouse and ask for a white shirt. She said a white shirt will not come for that and I put it there because it's plenty of mouses running around here. Then she walked off. I started banging on the door for the K-wing officer. Pickett. And she did not come. I press the panic button and told _____ walk off on me when I starting request medical. Lt. C. Davis told me to "hold on, I will see about medical and write a grievance on the kitchen". He also sent Ms. Pickett to my cell which who was ignoring me brought another tray which I didn't want. I tried to give it to my cellie who declined. I didn't want to risk eating after what just happened with no medical attention. Second shift came K-wing Gutierrez seen the mouse in my tray. He informed Sgt. Bouregard, but Gutierrez did not start my hunger strike even though I refuse my dinner tray. Sgt. Bouregard told me to fill out some report for medical. Third shift came c/o Townsend, I told him I was going on a hunger strike because I got a tray with a mouse in it and didn't receive medical attention. C/o Townsend said two things, give him the tray from first shift. Officer Townsend seen that and stated why wouldn't they take the tray and give you medical attention and shook his head. Then he told me to fill out some requests. He will take them to the nurse personally and

"don't go on a hunger strike, because it's no room." On October 1, 2015. Lt. Bishop and Sgt. Thomas started my hunger strike because I have not received any medical attention. On October 2, 2015 around 3 a.m. _____ some my cellie Decan \_\_\_\_\_ threw up blood. He was also on a hunger strike. He threw up a total of six times and twice in blood. I call c/o Martinez. He came and seen the mess all over the floor blood. Also c/o Martinez tried to get cleaning supplies \_\_\_\_\_ and medical attention. He couldn't get any cleaning supplies but he would leave a note for the next shift and if my cellie threw up again call him. Shortly after that, he threw up again. I called Martinez. He escorted him to health care. First shift officer Gaston, I told him to look in my cell. "he said wait until he finished counting. He came back a couple hours and looked and seen the blood and throw up and said "he will be rite back with some cleaning supplies because today is our cleaning day". He said c/o Martinez supposed to let you clean up because it blood in there. He also gave me rubber gloves for the blood. October 6, 2015 I came off my hunger strike.

Relief Requested:

     I would like a vegan tray, the camera footage save from above date to show c/o Dethrow. Lt. C. Davis and c/o Pickett at my cell 301 K-wing and did not take my tray. Also the kitchen staff to be held responsible for _____.

[x] Emergency Grievance

| _____B.L._____ | R60592 \_ \_ | 9-2-15 |
|---|---|---|
| Offender's Signature | ID# | Date |

Counselor's Response (if applicable)

Date Received: 2/6/16

<u>Response:</u> Per L. Deathrow, she does recall the incident. She states that she checks the trays and there was no mouse present when she gave grievant the tray. She stated offenders collect dead mice and put them in trays. She stated she did offer him another tray he refuse. Look on back of

grievance. If grievant wants a vegan tray he needs to request same through the chaplain. There is insufficient evidence to prove any staff misconduct.

|  |  | 2/6/16 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

EMERGENCY REVIEW

Date Received: 12/10/15    Is this determined to be an emergency nature?

[ ] Yes, expedite emergency grievance
[x] No, an emergency is not substantiated. Offender should submit the grievance in the normal manner.

|  | 12/11/15 |
|---|---|
| Chief Administrative Officer's Signature | Date |

\*Because of the poor quality of the copy of this Exhibit available to the Plaintiff and for the convenience of the Court, the parties and their attorneys, the Plaintiff's Attorney has prepared a typed version of this Exhibit but it has not yet been reviewed by Plaintiff.

(EXHIBIT-G)

## ILLINOIS DEPARTMENT OF CORRECTIONS
### OFFENDER'S GRIEVANCE

RC30b

| Date: 9-30-15 | Offender: (Please Print) Roscoe Lewis | ID#: R60592 |
|---|---|---|
| Present Facility: NRC | Facility where grievance issued occurred: NRC | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] ADA Disability Accommodation
- [x] Staff Conduct
- [x] Dietary
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Other (specify):
- [ ] Disciplinary Report: ___/___/___ Date of Report    Facility where issued

DEC 10 2015

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On above date, breakfast trays at 11am. I was housed on K-wing cell 031 c/o Deathrow was passing out breakfast. I jump off my bed (top bunk) and brush my teeth with some water. I got my breakfast tray (which I ate a special tray) when I started my tray I noticed something in my tray which was a mouse. I yell for c/o Matthews she came I showed her the mouse and ask for a whole [new] tray she said "a whole [new] tray! will not come for that and I put it there because it's plenty of mouses running around here." Then she walked off. I started banging on the door for the kenny officer c/o Pickett and she did not come. I press the panic button and told the...

**Relief Requested:** I would like a vegan tray, the camera footage view from above date to show c/o Matthews, c/o Davis and c/o Pickett at my cell 031 k-wing and did not take my tray. Also the kitchen staff to be held responsable for this [illegible].

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____ R60592  9/30/15
Offender's Signature     ID#      Date

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)

Date Received: 2/6/16  ☐ Send directly to Grievance Officer  ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Per L. Deathrow, she does recall the incident. She states that she checks the trays, and there was no mouse present when she gave grievant the tray. She stated offenders looked dead mice, and put them in trays. She stated she offered him another tray he refused. LOOK ON BACK OF GRIEVANCE  2/6/16

_____ _____ 2/6/16
Print Counselor's Name   Counselor's Signature   Date of Response

---

**EMERGENCY REVIEW**

Date Received: 12/10/15  Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☑ No; an emergency is not substantiated.
Offender should submit this grievance in the normal manner.

RECEIVED
MAR 1 2016
ADMINISTRATIVE REVIEW BOARD

_____ 12/11/15
Chief Administrative Officer's Signature   Date

Page 1   DOC 0046 (8/2012)
Printed on Recycled Paper

walked off on me when I started to request the names of the staff for the grievance. He told me to hold on, I will see about medical and write a grievance for the kitchen. He also sent my picketoff to my cell which c/o was ignoring me brought another tray which I didn't want. I tryed to give it to my cellie who declined. I didn't want to risk eating after what just happen with no medical attention. Second shift came C/o Gutierrez seen the mouse in my tray. He inform Sgt Beaugard. But Gutierrez did not start my hunger strike even though I refuse my dinner tray. Sgt Beaugard told me to fill out some request for medical. Third shift came C/o Townsend. I told him I was going on a hunger strike because I got a tray with a mouse in it and didn't receive medical attention. C/o Townsend said two things. Give him the tray from first shift. Officer Townsend seen that mouse and stated why wouldn't they take the tray and give you medical attention and shook his head. Then he told me to fill out some requests he will take them to the nurse personally, and "Don't go on a hunger strike because it's no reason" on Oct 6, 2015. Lt Bishop and Sgt Thomas started my hunger strike because I have not received any medical attention. On Oct 5, 2015 around 5am my cellie Delvin addison threw up blood. He was also on a hunger strike. He threw up a total of 6 times and twice in blood. I call C/o Martinez he came and seen the mess all over the floor blood. Also C/o Martinez try to get cleaning supplies and medical attention. He couldn't get any cleaning supplies but he would leave a note for next shift and if my cellie threw up again call him shortly after that he threw up again. I call Martinez he escorted him to healthcare. First shift officer Gaston. I told him to look at my cell. He said "wait until he finish counting". He came back a couple of hours back and seen the blood and throw up and said "He will be rite back with some cleaning supplies because today is our cleaning day" He said "C/o Martinez suppose to let you clean up because it blood in there. He also gave me rubber gloves for the blood. Oct 6, 2015 I came off my hunger strike.

#JH6

If grievant wants a vegan tray he needs to request same through the chaplain. There is insufficient evidence to prove any staff misconduct.

# EXHIBIT H

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**

### Grievance Officer's Report

Date Received: 2/6/16  Date of Review: 2/6/15  Grievance # (optional): 493

Committed Person: Brian Lewis  ID#: R60592

Nature of Grievance: Dietary Issues/Staff Conduct – Performance of Duty

**Facts Reviewed:** Grievant claims on 9/30/15 he found a mouse in his food tray and she showed C/O Dethrow and she refused to take his tray.

Grievance Officer finds that Per Officer L. Dethrow, she does recall the incident. She stated she checks the trays prior to handing out same and she did not notice a mouse in the food tray. She stated offenders have been collecting dead mice and putting them in the trays. She stated she did offer the grievant a new tray, but he refused same. If grievant wants a vegan tray, he needs to request same through the Chaplain. There is insufficient evidence to prove any staff misconduct.

**Recommendation:** No action.

RECEIVED
MAR 1 2016
ADMINISTRATIVE REVIEW BOARD

Anna McBee, CCII
Print Grievance Officer's Name        Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

Date Received: 2/8/16   ☒ I concur   ☐ I do not concur   ☐ Remand

Comments:

Chief Administrative Officer's Signature    Date: 2/9/16

### Committed Person's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Committed Person's Signature    ID#: R60592    Date: 2-14-16

Distribution: Master File; Committed Person    Page 1    DOC 0047 (Eff. 10/2001)
(Replaces DC 5657)
Printed on Recycled Paper

# EXHIBIT I

(EXHIBIT- 3)

# ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

**Date:** 11-22-15
**Offender (Please Print):** Brian Lewis
**ID#:** R60592
**Present Facility:** Stateville-NRC
**Facility where grievance issue occurred:** Stateville-NRC

**NATURE OF GRIEVANCE:**
- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report: ___/___/___ Date of Report _____ Facility where issued
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:**
On 11-22-15 I was housed on B-wing 210 cell I was on the yard for dog bars and I needed to use the Restroom so I knock on the door for C/O Pickens to open the door which she did not come. I ask C/O John doe in the tower could he get the door open he replyed "That I should have not came outside. I had no other choice but to degrade myself by using the corner as a toilet. This is cruel and unusual Punishment.

**Relief Requested:** I am Requesting these C/O's be held accountable for there action.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature: [signed]   ID#: R60592   Date: 11/22/15

(Continue on reverse side if necessary)

### Counselor's Response (if applicable)

**Date Received:** ___/___/___
[ ] Send directly to Grievance Officer
[ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

**Response:**

Print Counselor's Name _____ Counselor's Signature _____ Date of Response ___/___/___

### EMERGENCY REVIEW

**Date Received:** ___/___/___
Is this determined to be of an emergency nature?
[ ] Yes; expedite emergency grievance
[ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature _____ Date ___/___/___

Distribution: Master File; Offender   Page 1   DOC 0046 (Rev. 3/2005)
Printed on Recycled Paper

# EXHIBIT J

EXHIBIT J*

11-28-15

To Warden Williams

     I sent you an emergency grievance dated 11-22-15 it's been 6 days now and I haven't heard anything from you. What is the status of my grievance? There is no toilet facility on the yard and were forced to be on the yard for 5 hours. This issue needs to be fixed ASAP because I was forced to number 2 on the yard. Please let me know something soon because I'm trying to exhaust my available remedies.

Thanks.

*Because of the poor quality of the copy of this Exhibit available to the Plaintiff and for the convenience of the Court, the parties and their attorneys, the Plaintiff's Attorney has prepared a typed version of this Exhibit but it has not yet been reviewed by Plaintiff.

(EXHIBIT

11-28-15

To warden williams

I sent you an emergency Grievance dated 11-22-15, it's been 6 days now and I haven't heard anything from you. what is the status of my Grievance? There is no toilet facility on the yard and were forced to be on the yard for 5 hours. This issue needs to be fixed A.sap because I was forced to number 2 on the yard. Please let me know something soon because im trying to exhaust my Available remedies

Thanks

# EXHIBIT K

EXHIBIT K*

December 10, 2015

Dear Supt. Engleson,

My name is Brian Lewis No. R60592. I am on C-wing cell 301. I'm writing you because I am being treated like an animal. This cell had human feces smeared on the walls and smell like urine. I ask the c/o could I have some cleaning supplies. He said "no write a grievance like you always do that's what you get for being a trouble maker".  On November 21, 2015 I was on J-wing 210 and I went to the yard after a few hours I tried to get to my cell to use the toilet. C/o Pickens did not let me in. I had no other choice but to degrade myself and turn the corner into a toilet. Could you please look into these situation for me.

Thanks.

*Because of the poor quality of the copy of this Exhibit available to the Plaintiff and for the convenience of the Court, the parties and their attorneys, the Plaintiff's Attorney has prepared a typed version of this Exhibit but it has not yet been reviewed by Plaintiff.

(EXHIBIT-H)

December, 10, 2015

Dear Supt englesen,

My name is Brian Lewis #R60799. I am on C-wing cell 301. I'm writing you because I'm being treated like an animal. This cell had human feces smeared on the walls and smell like urine. I ask the C/O could I have some cleaning supplies he said "No" write a grievance like you always do that's what you get for being a troublemaker." On November, 21, 2015 I was on J-wing 210 and I went to the yard after a few hours I tried to get to my cell to use the toilet C/O Pickens did not let me in. So I had no other choice but to degrade myself and turn the corner into a toilet. Could you please look into these situation for me

Thanks

# EXHIBIT L

EXHIBIT L*

Illinois Department of Corrections<br>OFFENDER'S GRIEVANCE

| DATE: 2-3-16 | Offender: Brian Lewis | ID#: R60592 |
|---|---|---|
| Present Facility: Stateville-NRC | Facility where grievance issue occurred: Stateville - NRC | |

NATURE OF GRIEVANCE: [x] Staff Conduct

Summary of Grievance:

    On December 2, 2015, I was sent to seg for a (107) which I was sentenced to 30 days. I was in cell 301 C-wing. The cell walls was covered in feces. I asked for cleaning supplies but wasn't given any. I had no sheets, soap. The mattress was ripped open and the stuffing was coming out. It was lumpy and uneven causing my back to hurt. All I received was an itchy wool blanket. I had to sleep on a ____ mattress cover that had the stuffing coming out of it. The mattress and stuffing inside smelled like someone urinated inside the mattress. When I asked for another mattress, I was denied a mattress change. The c/o say I'm a troublemaker and snitch because I write grievances and letters challenging my unconstitutional conditions. Mice would come under the door into my cell.

Relief Requested:

    I'm requesting cleaning supplies and be let out of seg. My time was finished and should be released before January 12, 2016 because I only got 30 days. 12-2-15   1-2-16.

[x] Emergency Grievance

| _____B.L._____ | R60592 _  _ | 2-3-16 |
|---|---|---|
| Offender's Signature | ID# | Date |

*Because of the poor quality of the copy of this Exhibit available to the Plaintiff and for the convenience of the Court, the parties and their attorneys, the Plaintiff's Attorney has prepared a typed version of this Exhibit but it has not yet been reviewed by Plaintiff.

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

(EXHIBIT)

| Date: 2-3-16 | Offender: (Please Print) Brian Lewis | ID#: R60592 |

Present Facility: Stateville-NRC
Facility where grievance issue occurred: Stateville-NRC

**NATURE OF GRIEVANCE:**
- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___ Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On December 2, 2015 I was sent to seg for a (107) which I was sentenced to 30 days. I was in cell 301 Cwing. The cell walls was covered in feces. I asked for cleaning supplies but wasn't given any. I had no sheets, soap. The matress was ripped open and the stuffing was coming out. It was lumpy an uneven causing my back to hurt. All I Received was an itchy wool blanket. I had to sleep on a raw matress cover that had the stuffing coming out of it. The matress and stuffing inside smelled like someone urinated inside the matress. When I asked for another matress I was denyed a matress change.

**Relief Requested:** I'm Requesting cleaning supplies and be let out of seg my time was finished and should be released before January 2, 2016 because I only got 30 days 12/2/15 1/2/16

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature _____  ID# R60592  Date 2/03/16

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ___/___/___
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name _____  Counselor's Signature _____  Date of Response ___/___/___

**EMERGENCY REVIEW**

Date Received: ___/___/___  Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature _____  Date ___/___/___

Distribution: Master File; Offender    Page 1    DOC 0046 (8/2012)

**OFFENDER'S GRIEVANCE** (Continued)

The C/o say I'm a troublemaker and snitch because I write grievances and letters to challenging my unconstitutional conditions. Mice would come under the door into my cell