# EXHIBIT M

EXHIBIT M*

February 16, 2016

Dear Warden Lamb

My name is Brian Lewis #R60592 I spoke to you a few times this year. I asked you to look into my enemy list, cleaning supplies and why am I being treated like a nuisance. I have back problems, Athlete's feet, and rashes which came from Stateville. I also put many medical slips to healthcare and still have not been call. Could you please look into these matters I would really appreciated.

Thanks for your time.

*Because of the poor quality of the copy of this Exhibit available to the Plaintiff and for the convenience of the Court, the parties and their attorneys, the Plaintiff's Attorney has prepared a typed version of this Exhibit but it has not yet been reviewed by Plaintiff.

(EXHIBIT-M)

Febuary, 16, 2016

Dear warden Lamb,

My name is Batan Lewis # R60592 I spoke to you a few times this year. I asked you to look into my enemy list, Cleaning supplies ~~and~~ and why am I being treated like a nuisance. I have back problems, Athlete's feet, and Rashes which came from Stateville. I also put many medical slips to Health-care and still have not been call. Cood you Please Look into these matters I would really Appreciated

Thanks for your time

# EXHIBIT N

EXHIBIT N*

Illinois Department of Corrections
OFFERNDER'S GRIEVANCE

| DATE: 2-19-16 | Offender: Brian Lewis | ID#: R60592 |
|---|---|---|
| Present Facility: Stateville-NRC | Facility where grievance issue occurred: Stateville - NRC | |

Summary of Grievance:

On January 7, 2016 I was place on suicide watch Room B-108. I notified the superiors that I have a few enemys down at menard facility and I feared for my safety, well being. As a result of that fear I had an anxiety attack and tried to commit suicide. I was place on suicide watch without no clothes, matress. I was in B-108 from January 7, 2016 until February 2, 2016. I cut myself while in B-108, January 25, 2016 in front of Dr. Myers, c/o John Doe and Nurse Jane doe told me nobody care if I kill myself. On January 28, 2016 I cut myself again. They did nothing but ignore me and treated me like a nuisance. I spoke to warden Lamb, _______, Major Marshall, Lt. Johnson, Dr. Shubugger about this room not having a working toilet, not having toothbrush, toothpaste, soap; towels, tissue. I wasn't giving a shower or allowed to clean my cell during my stay in Room B-108. Mouses and Roaches were running in and out of the cell and none of these people did nothing or stop me from being subjected to these inhumane living conditions.

Relief Requested:

I am requesting cleaning supplies and look into me not being ship to menard even though I let administration know I have enemies in menard facility. I would like camera footage _____ B-108 from January 7, 2016 to February 2, 2016.

[x] Emergency Grievance

| B.L. | R60592 | 2-19-16 |
|---|---|---|
| Offender's Signature | ID# | Date |

*Because of the poor quality of the copy of this Exhibit available to the Plaintiff and for the convenience of the Court, the parties and their attorneys, the Plaintiff's Attorney has prepared a typed version of this Exhibit but it has not yet been reviewed by Plaintiff.

(EXHIBIT - N)

ILLINOIS DEPARTMENT OF CORRECTIONS

# COMMITTED PERSON'S GRIEVANCE

| Date: 2-19-16 | Committed Person: (Please Print) Brian Lewis | ID#: R60592 |
|---|---|---|
| Present Facility: Stateville-NRC | Facility where grievance issue occurred: Stateville-NRC | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Mail Handling
- ☐ Restoration of Good Time
- ☐ Disability
- ☒ Staff Conduct
- ☐ Dietary
- ☐ Medical Treatment
- ☐ Other (specify): ______
- ☐ Transfer Denial by Facility
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Disciplinary Report: ___/___/___ Date of Report ______ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer**, only if EMERGENCY grievance.
**Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On January 7, 2016 I was place on Suicide watch Room B-108 I notified the superiors that I have a few enemy's Down at menard facility and I feared for my safety well being. As a Result of that fear I had an anxiety Attack and tried to Commit suicide. I was Place on Suicide watch without no Clothes, Matress I was in B-108 from January 7, 2016 until February 2, 2016. I cut my self while in B-108 January 25, 2016 in front of Dr myers. c/o John Doe and Nurse Jane doe told me nobody care if I kill myself. On January 28, 2016 I Cut myself again. They did nothing but ignore me and treated me like a Nuisance. I spoke to Warden Lamb, Tejeda, Major

**Relief Requested:** I am requesting cleaning supplies and look into me not being ship to menard even though I let Administration I have enemies in menard facility, I would like camera footage save B-108 ~~Feb 2 2015~~ Jan 7, 2016 to Feb 2, 2016

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[signature] Committed Person's Signature | R60592 ID# | 2/19/16 Date

(Continue on reverse side if necessary)

## Counselor's Response (if applicable)

Date Received: ___/___/___ ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: ______

______ Print Counselor's Name ______ Counselor's Signature ___/___/___ Date of Response

## EMERGENCY REVIEW

Date Received: ___/___/___ Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

______ Chief Administrative Officer's Signature ___/___/___ Date

Case: 1:17-cv-05272 Document #: 5 Filed: 08/11/17 Page 4 of 6 PageID #:55

ILLINOIS DEPARTMENT OF CORRECTIONS

**COMMITTED PERSON'S GRIEVANCE** (Continued) **DOC 0046, Page 2**

Major Marshall, Lt Johnson, Dr Shunbugger about this Room not having a working toliet, not having toothbrush, toothpaste, soap, towels, ~~to~~ tissue. I wasn't giving a shower or allowed to clean my cell During my stay in Room B-108. Mouses and Roaches were Running in and out of the cell and none of these people did nothing or stop me from being subjected to these inhumane living conditions.

# EXHIBIT O

EXHIBIT O*

Illinois Department of Corrections
OFFENDER'S GRIEVANCE

| DATE: 3-29-16 | Offender: Lewis, Brian | ID#: R60592 |
|---|---|---|
| Present Facility: Menard | Facility where grievance issue occurred: Stateville - NRC | |

Summary of Grievance:

On 3-3-2016 I attempted suicide. I felt depressed and suicidal due to my situation being ignored that I'm being force to live in a dirty and filthy environment where I'm being denied access to cleaning supplies, opportunities to wash up and exercise. The cells are infested with roaches and mice along with poisonous spiders were are limited on how many bars of soap we can buy and soap isn't being provided regularly nor tooth brushes and toothpaste. I attempted suicide by hanging myself from 3 gallery. I was treated like a nuisance insited of like I had mental health issues. I was placed on administrative detention for mental health watch. I explained that I felt so overwhelmed and hopeless and it was a result of being subjected to take inhumane conditions of NRC and then being ignored when I let it be known that I fear for my life, safety and well being if I'm sent to menard due to the fact that I have enemies down there. I was told by warden Lamb "that im a pain in the ass" that he don't care about no enemies being listed by me". I was going to Menard whether I like it or not and then you'll be menard problem. I informed warden Lamb that all my Personal Property was still inside my old cell and could he make sure I get my Personal Property for me. Lamb told me "I wasn't concered with no Property when I was acting like I wanted to kill myself so don't worry about now cause he wasn't gonna lose no sleep over it if I don't get my Property" He also said don't be surprised if when you're transferred that my Property don't make that trip. The next day c/o Bragg and Russell escorted me to the transfer bus and shipped me to menard. I was on a 10 min watch and I was taken off

for the sole purpose of transferring me. Once I got to menard I was placed back on 10 minute watch. My Property wasn't sent with me like it should have been but wasn't as a way to retaliate against me for writing grievances and the attempted suicides.

Relief Requested:

I want to be reimburst for my Personal Property and warden Lamb and Dr. Myers held responsible for there action.

[x] Emergency Grievance

| B.L. | R60592 _ _ | 3-29-16 |
|---|---|---|
| Offender's Signature | ID# | Date |

*Because of the poor quality of the copy of this Exhibit available to the Plaintiff and for the convenience of the Court, the parties and their attorneys, the Plaintiff's Attorney has prepared a typed version of this Exhibit but it has not yet been reviewed by Plaintiff.

Case: 1:17-cv-05272 Document #: 1 Filed: 07/17/17 Page 41 of 43 PageID #:41

(EXHIBIT - G)

ILLINOIS DEPARTMENT OF CORRECTIONS

## OFFENDER'S GRIEVANCE

| Date: 3-29-16 | Offender: (Please Print) Lewis, Brian | ID#: R60592 |
|---|---|---|
| Present Facility: Menard | Facility where grievance issue occurred: Stateville - NRC | |

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ ADA Disability Accommodation
☐ Staff Conduct ☐ Dietary ☐ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☐ Other (specify): ____________

☐ Disciplinary Report: ___/___/___ Date of Report ____________ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**
**Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer**, only if EMERGENCY grievance.
**Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 3-3-2016 I Attempted Suicide. I felt depressed and Suicidal due to my Situation being ignored that im being force to Live in a Dirty and filthy environment where im being denied access to Cleaning Supplies opportunities to wash up and exercise the cells are infested with Roaches and mice along with Poisonous spiders were are Limited on how many bars of Soap we Can buy and soap isnt being Provided regularly nor tooth brushes and toothpaste. I attempted Suicide by hanging myself from 3 gallery. I was treated like a nuisance insited of like

**Relief Requested:** I want to be Reimburst for my Personal Property and warden Lamb and Dr myers held responsible for there action

☑ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[signature] Offender's Signature    R60592 ID#    3/29/16 Date

(Continue on reverse side if necessary)

### Counselor's Response (if applicable)

Date Received: ___/___/___ ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: ____________

Print Counselor's Name ____________ Counselor's Signature ____________ ___/___/___ Date of Response

### EMERGENCY REVIEW

Date Received: ___/___/___ Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature ____________ ___/___/___ Date


Printed on Recycled Paper

Case: 1:17-cv-05272 Document #: 1 Filed: 07/17/17 Page 42 of 43 PageID #:42
OFFENDER'S GRIEVANCE (Continued)

I had mental health issues, I was Placed on Administrative Dentention-for mental health watch. I explained that I felt so overwhelmed and hopeless and it was a Resolt of being subjected to take in humane Conditions of NRC and then being ignored when I let it be known that I fear for my life, safety and well being if im sent to menard Due to the fact that I have enemies Down there. I was told by warden Lamb "that im a pain in the ass" that he don't care about No enemies being listed by me". I was going to menard whether I Like it or not and then you'll be menard problem. I informed warden lamb that all my Personal Property was Still inside my old cell and could he make sure I get my Personal Property for me. Lamb told me "I wasn't concered with no Property when I was acting like I wanted to Kill my self so don't worry about now cause he wasn't gonna lose no sleep over it if I don't get my Property" He also said don't be surpised if when you're transfered that my Property Don't make that trip. The Next Day C/O Bragg and Russell escorted me to the tranfer bus and shipped me to menard. I was on a 10 min watch and I was taken off for the sole purpose of transfering me. once I got to menard I was Placed back on 10 minute watch. my Property wasnt sent with me like it should have been but wasnt as a way to Retaliate against me for writing grievances and the attempted suicides.