IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BRIAN LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 17-cv-05272 |
| | ) | |
| v. | ) | Honorable Martha M. Pacold |
| | ) | |
| WEXFORD HEALTH SOURCES INC, *et al*. | ) | Honorable Beth W. Jantz |
| | ) | |
| Defendants. | ) | |

## **NOTICE OF SUBSTITUTION OF COUNSEL WITHIN SAME FIRM**

Undersigned counsel submits the following substitution of counsel for Defendants, Anna McBee, Pickens, Tarry Williams, Tracy Engelso, and Nicholas Lamb, pursuant to Local Rule 83.17, which allows substitutions of counsel without motion where counsel are of the same firm. Mr. Shawn Peters no longer represents this defendant and should hereby be withdrawn as counsel.

Dated: August 18, 2020

Respectfully submitted,

KWAME RAOUL
Attorney General for Illinois
State of Illinois
*Counsel for Defendants,*
ANNA MCBEE
PICKENS
TARRY WILLIAMS
TRACY ENGELSO
NICHOLAS LAMB

*s/ Myron C. Grant*
Myron C. Grant
Assistant Attorney General
Office of the Illinois Attorney General
100 W. Randolph St., 13th Fl.
Chicago, Illinois 60601
(312) 814-2680
mgrant@atg.state.il.us

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2020, the foregoing document, *Substitution of Counsel*, was electronically filed with the Clerk of the Court using the CM/ECF system. Parties of record may obtain a copy through the Court's CM/ECF system.

                                                Respectfully submitted,

                                                /s/ *Myron C. Grant*
                                                Myron C. Grant